IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RA SAO, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-0845 |
| | § | |
| KENNETH LANDGREBE, ET AL., | § | |
| | § | |
| *Respondents*. | § | |

### ORDER ON DISMISSAL

Ra Sao, an alien in custody of the United States Immigration and Customs Enforcement, filed this habeas proceeding under 28 U.S.C. § 2241 challenging the duration of his custody. Respondent filed a motion to dismiss (Docket Entry No. 10), attaching proof that petitioner was released from custody on April 14, 2007. Respondent argues that because petitioner is no longer in custody, the instant habeas proceeding is moot and should be dismissed.

The motion to dismiss (Docket Entry No. 10) is GRANTED. This habeas petition is DISMISSED without prejudice as moot. Any and all pending motions are DENIED as moot.

The Clerk will provide copies of this order to the parties.

Signed at Houston, Texas on April 30, 2007.

_____
Gray H. Miller
United States District Judge